UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vector Media South, LLC,<br><br>                              Plaintiff,<br><br>-against-<br><br>TRT Transportation, Inc., d/b/a Chicago Trolley Company and Chicago Double Decker Company,<br><br>                              Defendant. | Civ. No. 1:20-cv-00301<br>Hon. Ronnie Abrams<br><br>**NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4 and subject to the approval of the Court, Plaintiff Vector Media South, LLC ("Plaintiff"), hereby withdraws the appearance of Richard W. Nicholson Jr., Esq. as counsel for Plaintiff. Mr. Nicholson has represented Plaintiff in this matter with Brian A. Katz, his colleague at Olshan Frome Wolosky LLP.

Richard W. Nicholson Jr. will no longer be associated with Olshan Frome Wolosky LLP as of April 1, 2020. Olshan Frome Wolosky LLP will continue to represent Plaintiff as counsel of record in this action. Thus, Mr. Nicholson's withdrawal will have no material effect on this matter, and it will not cause prejudice to any party. In light of the foregoing, Plaintiff respectfully requests that the Court remove Mr. Nicholson as counsel for Plaintiff.

Dated: New York, New York
April 1, 2020

OLSHAN FROME WOLOSKY LLP

By: /s/ *Richard W. Nicholson Jr.*
Brian A. Katz
Richard W. Nicholson Jr.
1325 Avenue of the Americas
New York, New York 10019
(212) 451-2300

*Attorneys for Vector Media South LLC*

**SO ORDERED.**

DATED: April 2, 2020

Honorable Ronnie Abrams
United States District Judge