UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/20/2020
```

VECTOR MEDIA SOUTH, LLC,

             Plaintiff,

        v.

TRT TRANSPORTATION, INC., *doing business as* CHICAGO TROLLEY COMPANY AND CHICAGO DOUBLE DECKER COMPANY *et al.*,

             Defendants.

20-CV-301 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by July 24, 2020, as directed in the Court's June 8, 2020 Order. Dkt. 17. If the parties are unable to submit their joint letter and proposed case management plan by July 24, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    July 20, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge