

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: BKATZ@OLSHANLAW.COM
DIRECT DIAL: 212.451.2276

July 22, 2020

BY EFILE

Hon. Ronnie Abrams
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse, Courtroom 1506
40 Foley Square
New York, New York 10007

Re:   <u>Vector Media South, LLC v. TRT Transportation, Inc.</u>, No. 1:20-CV-00301(RA)

Dear Judge Abrams:

  This firm represents Plaintiff Vector Media South, LLC ("Vector Media") in this matter, but we write on behalf of both parties to request a brief extension of the time to file a joint letter and proposed case-management order and plan ("CMO") in accordance with the Court's instructions.  Due to logistical issues presented with COVID-19, as well as counsel vacation schedules and competing professional demands, the parties require a bit more time to confer and complete these materials and to submit them to the Court.  As such, the parties respectfully request an extension from July 24, 2020 until Tuesday, August 4, 2020 to file them.

  Further, while the parties request a modest extension of the deadline to file the joint letter and CMO, both parties do not believe that it is necessary to conduct an Initial Conference in this matter, provided foregoing such conference is acceptable to the Court.

Respectfully submitted,

/s/ *Brian A. Katz*

Brian A. Katz

The initial status conference on July 31, 2020 is adjourned to August 13, 2020 at 10:30 a.m.
The parties' joint letter and proposed case management plan is due no later than August 4.
The dial-in information for that conference is provided below:
  Call-in Number: (888) 363-4749
  Access Code: 1015508
If, after reviewing the parties' joint letter and proposed case management plan, the Court believes a conference is unnecessary, it will notify the parties at that time.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
July 23, 2020

cc: Counsel of Record (by ECF)